FILED
DISTRICT COURT

30 APR 04 PM 3: 33

DISTRICT OF UTAH

BY: _____
 DEPUTY CLERK

Daniel W. Anderson, A0080
Bradley L. Tilt, A7649
FABIAN & CLENDENIN,
 a Professional Corporation
215 South State Street, Twelfth Floor
P.O. Box 510210
Salt Lake City, Utah 84151-0210
Telephone:    (801) 531-8900

*Attorneys for Plaintiffs*

---

### IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| COUNTRYWIDE HOME LOANS, INC., a New York corporation; and MICHAEL JERRY ZUNIGA, <br><br> Plaintiffs, <br><br> vs. <br><br> ARBITRATION ALLIANCE INTERNATIONAL, LLC, a Utah limited liability company; WINSTON SHROUT; NICKOLAS Wm. BIRD; REBECCA NELSON; FREDERICK D. JONES; RICHARD F. ZUMPANO; JOHN DOES 1 through 10; and JANE DOES 1 through 10, <br><br> Defendants. | **NOTICE OF "MOTION TO VACATE PURPORTED ARBITRATION AWARD"** <br><br> Civil No. 2:04CV00390 TC <br><br> Judge: Tena Campbell |

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 12, Plaintiffs hereby give

notice that they have moved the above-named Court to vacate the purported "Award" issued in

307997_1



the sham purported arbitration case of the purported "Arbitration Alliance International, LLC," purportedly issued in the case bearing "AAI File Number: AAI030022111-47106".

The bases for such motion to vacate include that the issues involved in the purported arbitration were not arbitrable and the purported arbitral body lacked jurisdiction because the above-named Plaintiffs (who were the purported defendants in the purported arbitration) had not entered into any agreement to arbitrate and were not properly served for any purported arbitration. The purported arbitration case and award, therefore, are in violation of the Plaintiffs' rights to Article III adjudication of their rights under the United States Constitution, and in violation of the Federal Arbitration Act which requires a written agreement in order to arbitrate, which was lacking in this case. Moreover, the purported arbitration "Award" is wholly contrary to reality and evidences arbitrator misconduct and manifest disregard of the law by the purported arbitrator, also in violation of the Federal Arbitration Act.

This Motion is based upon the pleadings and papers on file herein, and a memorandum of points and authorities and affidavits which are being filed concurrently herewith.

DATED this _30th_ day of April, 2004.

_____
Daniel W. Anderson
Bradley L. Tilt
FABIAN & CLENDENIN,
 a Professional Corporation
Attorneys for Plaintiffs